# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**FRED REEVES,**

       **Plaintiff,**       **CIVIL ACTION NO. 09-CV-10322-AA**

vs.

                        **DISTRICT JUDGE GEORGE CARAM STEEH**

**KAREN PETERS,**       **MAGISTRATE JUDGE MONA K. MAJZOUB**
**et al.,**

       **Defendants.**
_____/

## OPINION AND ORDER GRANTING DEFENDANTS'
## MOTION TO STAY DISCOVERY

This matter comes before the Court on Defendants' Motion to Stay Discovery filed on March 18, 2009. (Docket no. 32). Defendants seek a stay of discovery until further order of the Court because they have filed a Motion to Revoke Plaintiff's IFP Status. (Docket no. 25). Plaintiff has not responded, and the time for responding has now expired. All pretrial matters have been referred to the undersigned for decision. (Docket no. 6). The Court dispenses with oral argument on this motion pursuant to E.D. Mich. LR 7.1(e). This matter is now ready for ruling.

This Court has recommended that this action be dismissed pursuant to Defendants' Motion to Revoke Plaintiff's IFP Status. (Docket no. 33). Discovery should therefore be stayed until Defendants' motion has been resolved. *See Skousen v. Brighton High School*, 305 F.3d 520, 526-27 (6th Cir. 2002) (staying discovery for pending motion for summary judgment). In accordance with this authority, discovery will be stayed pending resolution of Defendants' Motion to Revoke Plaintiff's IFP Status.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Stay Discovery (docket no. 32) is **GRANTED**, and discovery is stayed until further order of the Court.

### NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: April 03, 2009                    s/ Mona K. Majzoub
                                         MONA K. MAJZOUB
                                         UNITED STATES MAGISTRATE JUDGE


### PROOF OF SERVICE

I hereby certify that a copy of this Opinion and Order was served upon Fred Reeves and Counsel of Record on this date.

Dated: April 03, 2009                    s/ Lisa C. Bartlett
                                         Courtroom Deputy